IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,          )
                                   )        4:00CR3030
                   Plaintiff,      )
                                   )
       vs.                         )        ORDER
                                   )
DARRELL L. JONES,                  )
                                   )
                   Defendant.      )
```

IT IS ORDERED that a revocation hearing is set to commence at

**12:30 p.m. on June 15, 2006** before the Hon. Richard G. Kopf, United

States District Judge, in Courtroom #1, United States Courthouse,

Lincoln, Nebraska.


Dated:   March 15, 2006.


BY THE COURT

s/ David L. Piester

_____

David L. Piester
United States Magistrate Judge