IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARRELL L. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer,

IT IS ORDERED that Defendant Jones' revocation hearing is rescheduled to Wednesday, May 17, 2006, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

May 11, 2006.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge