IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DARRELL L. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that counsel for the government, counsel for the defendant, Probation Officer Jeff Anthens, and the undersigned shall hold a status telephone conference on Wednesday, August 23, 2006, at 1:00 p.m.  The undersigned's judicial assistant will coordinate the call.

May 23, 2006.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge